No. 371.   SHUB *v.* SIMPSON, SECRETARY OF STATE OF MARYLAND.

*Per Curiam:* The appeal is dismissed on the ground that the federal questions have become moot.   *I. Duke Avnet* for appellant.   *Hall Hammond,* Attorney General of Maryland, *J. Edgar Harvey,* Deputy Attorney General, and *Harrison L. Winter,* Assistant Attorney General, for appellee.

No. 373.   BOREN ET AL. *v.* STATE OF WASHINGTON ET AL.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Jeffrey Heiman* for appellants.   *John J. Sullivan* for appellees.

No. 381.   BOARD OF SUPERVISORS OF ELIZABETH CITY COUNTY ET AL. *v.* STATE MILK COMMISSION.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Henry H. Fowler* for appellants.   *J. Lindsay Almond, Jr.,* Attorney General of Virginia, for appellee.